UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>NAOMI LUGO,<br>ALFREDO SANDOVAL,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-06215<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

## ORDER APPROVING LOAN MODIFICATION

THIS CAUSE coming to be heard on the Motion of U.S. Bank National Association for entry of an Order granting approval of a loan modification, the Court having jurisdiction over the subject matter, due Notice having been given, and the parties having reached an agreement:
WHEREFORE, IT IS HEREBY ORDERED:
As described in the motion, the loan modification between U.S. BANK NATIONAL ASSOCIATION and Debtors with respect to the property commonly known as 18511 Burnham Avenue, Lansing, Illinois 60438 is hereby approved. The modified mortgage terms are:
1. As of September 1, 2021, the unpaid principal balance is $104,630.04.
2. The interest rate is fixed at 3.000%
3. The principal and interest payments are $496.17
4. The maturity date is September 1, 2046.

No objection to the motion having been lodged within the time required by Fourth Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 18, 2021

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, Illinois 60602
Ph. (312) 346-9088